ent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ABBIE JANE TANNER, Respondent, against WILLIAM H. LENZ and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

MICHAEL COOK, an Infant, by ANDREW COOK, His Guardian ad Litem, Appellant, v. FLOYD PIERSON and Another, Respondents. ANDREW COOK, Appellant, v. FLOYD PIERSON and Another, Respondents.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

MICHAEL COOK, an Infant, by ANDREW COOK, His Guardian ad Litem, Appellant, v. FLOYD PIERSON and Another, Respondents. ANDREW COOK, Appellant, v. FLOYD PIERSON and Another, Respondents.— Orders unanimously affirmed, with ten dollars costs and disbursements in one case. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRED W. CURTIS, Respondent, v. CHARLES KOMERTZ, Doing Business under the Assumed Name and Style of TROY PORK STORE, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MORIARITY, Appellant.— Judgment of conviction and orders unanimously affirmed. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JOHN WALDRON, Respondent, v. RAY B. BAKER, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

WALTER SHERIDAN, an Infant, by WILLIAM SHERIDAN, His Guardian ad Litem, Appellant, v. GEORGE HUBBARD, Respondent. — Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict* is inadequate. All concur. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

ETHEL CHAPMAN, Respondent, v. JOSEPH CAVANAUGH and Others, Appellants.— Order unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

---

## FOURTH DEPARTMENT, NOVEMBER, 1926.

LOCKPORT GROWERS CO-OPERATIVE ASSOCIATION, INC., Respondent, *v.* JOHN M. McAULEY, Appellant.

Appeal from an order of the County Court of Niagara county, entered in the Niagara county clerk's office on January 20, 1923, setting aside the verdict of a jury theretofore rendered in favor of the defendant and granting a new trial.

PER CURIAM. This case was carefully tried and submitted to the jury. A fair question of fact was presented for its decision. The decision is not against the weight of the evidence. The charge of the learned county judge was clear. No exceptions thereto were taken by the respondent. The jury could not have

---

* Verdict was for $300 in an action to recover for personal injuries.— [REP.